

# Fourth Court of Appeals
## San Antonio, Texas

July 12, 2016

No. 04-16-00244-CV

**SIG GROUP ENT. LLC**,
Appellant

v.

**MWJI, LLC**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-21171
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
             Karen Angelini, Justice
             Marialyn Barnard, Justice

On June 20, 2016, appellee filed a Motion to Dismiss Accelerated Appeal as Moot and appellant filed a response. The Motion to Dismiss is hereby CARRIED WITH THE APPEAL.

Appellee also filed an unopposed motion to extend time to file its brief. The motion is GRANTED and appellee is hereby ORDERED to file its brief no later than August 1, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of July, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court